UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KELLY GENE MOERKE,<br><br>               Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. C22-5516-MLP<br><br>MINUTE ORDER |

      The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

      The parties have filed a stipulated motion to award attorney's fees and expenses to Plaintiff under the Equal Access to Justice Act ("EAJA"). (Dkt. # 16.) EAJA provides that "[a] party seeking an award of fees and other expenses shall," in addition to other requirements, "allege that the position of the United States was not substantially justified." 28 U.S.C. § 2412(d)(1)(B). This sentence "requir[es] the applicant simply to 'allege' that the position of the United States was not substantially justified." *Scarborough v. Principi*, 541 U.S. 401, 408 (2004); *see also Grendler v. Kijakazi*, 2023 WL 144157, at *1 (D. Or. Jan. 10, 2023) (denying without prejudice EAJA fee petition lacking an allegation that the government's position was not

MINUTE ORDER - 1

substantially justified because "the Court will not infer matters that are mandated under statute to be expressly included in the fee petition.").

The parties' motion, although stipulated, fails to allege that the position of the United States was not substantially justified. Accordingly, the Court DENIES the motion (dkt. # 16) without prejudice and with leave to file an amended petition that cures the identified deficiency.

Dated this 30th day of March, 2023.

Ravi Subramanian<br>
Clerk of Court<br><br>
By: Tim Farrell<br>
Deputy Clerk

MINUTE ORDER - 2